Dismissed and Memorandum Opinion filed February 3, 2005









Dismissed and Memorandum Opinion filed February 3,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01075-CV

____________

 

ROBERT
JACKSON, Appellant

 

V.

 

JONG W. KIM,
Individually, J. FAITH JACKSON, Individually and as Employee, DARRELL W.
JORDAN, Individually and as Employee, 

DANIELLE LAVENDER, Individually and
as Employee, ASSOCIATE DEAN VERGE MOUTON, Individually and as Employee, DEAN
McKEN CARRINGTON, Individually and as Employee, and the TEXAS SOUTHERN
UNIVERSITY B THURGOOD MARSHAL SCHOOL OF LAW,
Appellees

 



 

On Appeal from the 234th District
Court

Harris County,
Texas

Trial Court Cause No.
04-45694

 



 

M E M O R A N D U M  O
P I N I O N

This is an accelerated appeal from an order denying a
temporary injunction signed October 14, 2004. 
The clerk=s record was filed on November 12, 2004.  The reporter=s record was filed on November 16,
2004.  Appellant=s brief was due on December 6,
2004.  No brief or motion for extension
of time were filed.








On December 23, 2004, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before January 21, 2005, the Court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).  Appellant
filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 3, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.